No. 190. RICCI, ETC., PETITIONER, v. SEPÚLVEDA, DISTRICT JUDGE, RESPONDENT.—Certiorari. Ponce. May 21, 1917. *Petition denied.*

No. 1149. PEOPLE, APPELLEE, v. VILAR, APPELLANT.—Perjury. San Juan, Section 2. May 21, 1917. *Affirmed.*

Nos. 1676 and 1677. ACEVEDO ET AL., APPELLEES, v. BRYAN, MUNICIPAL JUDGE, APPELLANT.—Mayagüez. May 22, 1917. *Dismissed for lack of transcripts of records.*

No. 1174. PEOPLE, APPELLEE, v. QUIÑONES, APPELLANT.— Aggravated Assault and Battery. San Juan, Section 2. May 25, 1917. *Modified and affirmed.*

No. 160. CAMACHO, PETITIONER, v. MARRERO, CLERK DISTRICT COURT OF SAN JUAN, SECTION 1, RESPONDENT.—Mandamus. May 29, 1917. *Petition denied.*

No. 1155. PEOPLE, APPELLEE, v. IGLESIAS, APPELLANT.—Aggravated Assault and Battery. San Juan, Section 2. May 29, 1917. *Affirmed.*

No. 183. RIVERA, PETITIONER, v. SEPÚLVEDA, DISTRICT JUDGE, RESPONDENT.—Certiorari. Ponce. May 29, 1917. *Petition denied.*

No. 161. SUCCESSION OF COLLAZO ET AL., PETITIONERS, v. LLOREDA, DISTRICT JUDGE, RESPONDENT.—Mandamus. Arecibo. June 7, 1917. *Petition denied.*